UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ERNEST EVERETT, JR.,<br><br>Defendant. | INFORMATION CR08-366 JNE<br><br>(18 U.S.C. § 1030(a)(5)(A)(i)) |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**
(Intentional Damage to a Protected Computer System)

On or about April 2008, in the State and District of Minnesota, the defendant,

DAVID ERNEST EVERETT, JR.,

did knowingly cause the transmission of a program, information, code, and command, and as a result of such conduct, intentionally caused damage without authorization to a protected computer, that is, computers of clients of the Wand Corporation, which were used in interstate commerce and communication, by entering commands that disabled those computers, and by such conduct caused the Wand Corporation to incur a loss during a one year period of at least $5,000 in costs to repair the damage.

All in violation of Title 18, United States Code, Section 1030(a)(5)(A)(i).

Dated: November 26, 2008

Respectfully submitted,

FRANK J. MAGILL, JR.
United States Attorney

By: Timothy C. Rank
Assistant U.S. Attorney
Attorney ID No. 245392

FILED DEC 0 1 2008
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK